SCWC-17-0000358

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MAKILA LAND CO., LLC.,
Respondent/Plaintiff-Appellee,

vs.

JONAH KEʻEAUMOKU KAPU,
Petitioner/Defendant-Appellant,

and

Heirs or Assigns of KUA(k), KAINOA (w), also known
as KAINOA KIKUE OLALA (w), and SAMUEL HIKU KAHALIA;
JOHN PAUL KAPU; VICTORIA Q. WHITE; KALANI KAPU;
and ALL WHO IT MAY CONCERN,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000358; CIV. NO. 09-1-0397(1))

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Jonah Keʻeaumoku Kapu's application for writ of certiorari filed on May 19, 2019, is hereby accepted, and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, July 16, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

